UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES VALLELA,

      Plaintiff,

                                Case No.:

vs.

UNITED STATES DEPARTMENT
OF THE ARMY,

      Defendant.

_____/

## COMPLAINT

**COMES NOW** Plaintiff, JAMES VALLELA, by and through his undersigned attorneys, and sues Defendant, UNITED STATES DEPARTMENT OF THE ARMY, and alleges as follows:

1.     This is an action for damages under the Federal Tort Claims Act, Title 28 of the United States Code, Sections 1346(b) and 2671-2680.

2.     At all material times hereto, Plaintiff, JAMES VALLELA, was a resident of New Port Richey, Pasco County, Florida.

3.     Venue is appropriate in this U.S. District Court, pursuant to 28 U.S.C.A. § 1346(b) and *Florida Statutes*, 47.011, as the cause of action accrued in this jurisdiction.

4.     Plaintiff, JAMES VALLELA, has complied with the notice requirement delineated in 28 U.S.C.A. § 2675, and has otherwise satisfied all conditions precedent to the bringing of this lawsuit.

5.     On or about June 25, 2009, Defendant, UNITED STATES DEPARTMENT OF THE ARMY, was the owner of that certain 2006 Chevrolet automobile, and had given express and/or

implied permission to Tara C. Kreiger to operate said vehicle.

6.     At all material times hereto, Tara C. Kreiger, was acting within the course and scope of her employment with Defendant, UNITED STATES DEPARTMENT OF THE ARMY.

7.     On or about June 25, 2009, on U.S. Highway 19 at or near its intersection with Darlington Road, City of New Port Richey, County of Pasco, State of Florida, Tara C. Kreiger, carelessly and negligently maintained, operated and controlled the 2006 Chevrolet owned by Defendant, UNITED STATES DEPARMENT OF THE ARMY, so as to cause it to collide into and strike that certain 2003 Chevrolet automobile operated by Plaintiff, JAMES VALLELA, thus causing him to sustain serious and permanent injury.

8.     As a direct and proximate result of the negligent conduct or omissions of Tara C. Kreiger for which the Defendant, UNITED STATES DEPARTMENT OF THE ARMY, is vicariously liable, Plaintiff, JAMES VALLELA, sustained the following past and future damages:

a.     Bodily injury;

b.     Great physical pain and suffering;

c.     Disability and inability and loss of capacity to lead and enjoy a normal life;

d.     Inconvenience;

e.     Physical impairment;

f.     Disfigurement and scarring;

g.     Mental anguish;

h.     Loss of or diminution of earning or earning capacity;

i.     Aggravation of an existing disease or physical defect;

j.     Permanent injury within a reasonable degree of medical probability; and

k.      Medical and related expenses, past and future, incurred in seeking a cure for

his injuries.

**WHEREFORE**, Plaintiff, JAMES VALLELA, demands a trial by jury and judgment against

Defendant, UNITED STATES DEPARTMENT OF THE ARMY, for an amount within the

jurisdictional limits of this Court and for such other relief to which the Plaintiff may be justly

entitled.

**DATED** this _24th_ day of February 2012, in Palm Harbor, Pinellas, Florida.

> **FLORIN ROEBIG, P.A.**
>
> *s/ Thomas D. Roebig, Jr.*
>
> **Thomas D. Roebig, Jr., Esquire**
> Florida Bar No: 0651702
> **Thomas E. Kane, Jr., Esquire**
> Florida Bar No: 0064318
> **Nicholas L. Ottaviano, Esquire**
> Florida Bar No.: 0798738
> 777 Alderman Road
> Palm Harbor, FL 34683
> Telephone (727) 786-5000
> Facsimile (727) 772-9833
> Attorneys for Plaintiff